MICHAEL A. BERTA (SBN 194650)
SEAN M. CALLAGY (SBN 255230)
JOSEPH FARRIS (SBN 263405)
JULIE KENT (SBN 302213)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
michael.berta@arnoldporter.com
sean.callagy@arnoldporter.com
joseph.farris@arnoldporter.com
julie.kent@arnoldporter.com

*Attorneys for Defendant* ADOBE SYSTEMS INCORPORATED

TIMOTHY T. SCOTT (SBN 126971)
GEORGE R. MORRIS (SBN 249930)
SAMUEL R. DIAMANT (SBN 288738)
KING & SPALDING LLP
601 South California Avenue, Suite 100
Palo Alto, California 94304
Telephone: (650) 422-6700
Facsimile: (650) 422-6800
tscott@kslaw.com
gmorris@kslaw.com
sdiamant@kslaw.com

*Attorneys for Plaintiffs* DOLBY LABORATORIES LICENSING CORPORATION and DOLBY INTERNATIONAL AB

BRUCE W. BABER (*admitted pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
bbaber@kslaw.com

*Attorney for Plaintiffs* DOLBY LABORATORIES LICENSING CORPORATION and DOLBY INTERNATIONAL AB

GRANTED
Judge Yvonne Gonzalez Rogers
4/3/2018

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLBY LABORATORIES LICENSING CORPORATION, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ADOBE SYSTEMS INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 4:18-cv-01553-YGR<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT ADOBE SYSTEMS INCORPORATED TO RESPOND TO COMPLAINT** |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-1, Plaintiffs DOLBY LABORATORIES LICENSING |
| 2 | CORPORATION, a New York corporation, and DOLBY INTERNATIONAL AB, a Swedish |
| 3 | corporation ("Plaintiffs"), and Defendant ADOBE SYSTEMS INCORPORATED, a Delaware |
| 4 | corporation ("Defendant"), by and through their counsel of record, and without admission of any |
| 5 | kind, or waiver of any defense, objection or other response, hereby stipulate to an extension of time |
| 6 | for Defendant to respond to Plaintiffs' Complaint. |

Pursuant to Civil Local Rule 6-1, Plaintiffs DOLBY LABORATORIES LICENSING CORPORATION, a New York corporation, and DOLBY INTERNATIONAL AB, a Swedish corporation ("Plaintiffs"), and Defendant ADOBE SYSTEMS INCORPORATED, a Delaware corporation ("Defendant"), by and through their counsel of record, and without admission of any kind, or waiver of any defense, objection or other response, hereby stipulate to an extension of time for Defendant to respond to Plaintiffs' Complaint.

WHEREAS, Plaintiff served the Complaint and Summons on Defendant on March 14, 2018;

WHEREAS, Defendant's original date to respond to the Complaint is April 4, 2018;

WHEREAS, Plaintiffs have agreed to a thirty (30) day extension of time for Defendant to answer, move, or otherwise respond to the Complaint; and

WHEREAS, this extension of time does not alter the date of any event or any deadline already fixed by Court Order;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs and Defendant that Defendant Adobe Systems Incorporated shall have an extension of time until and including May 4, 2018 to answer, move, or otherwise respond to the Complaint.

Dated: April 2, 2018.  Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By:     /s/ *Michael A. Berta*
        MICHAEL A. BERTA

*Attorneys for Defendant*
ADOBE SYSTEMS INCORPORATED

Dated: April 2, 2018.  KING & SPALDING LLP

By:     /s/ *Timothy T. Scott*
        TIMOTHY T. SCOTT

*Attorneys for Plaintiffs*
DOLBY LABORATORIES LICENSING CORPORATION and DOLBY INTERNATIONAL AB

# ATTESTATION

I, Michael A. Berta, am the ECF user who identification and password are being used to file the foregoing Stipulation Extending Time for Defendant Adobe Systems Incorporated to Respond to Complaint. I hereby attest under penalty of perjury under the United States of America, concurrence in the filing of this document has been obtained from each signatory herein.

                                                  /s/ *Michael A. Berta*
                                                  MICHAEL A. BERTA