# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOLBY LABORATORIES LICENSING CORPORATION, ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**ADOBE SYSTEMS INCORPORATED,**<br><br>Defendant. | CASE NO. 18-cv-01553-YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 18 |

On May 4, 2018, defendant filed a motion to dismiss plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 18.) On May 18, 2018, plaintiff filed an amended complaint. (Dkt. No. 20.) In light of the filing of plaintiff's amended complaint, defendant's motion to dismiss is **DENIED AS MOOT**. Accordingly, the hearing set for July 3, 2018 is **VACATED**.

This Order terminates Docket Number 18.

**IT IS SO ORDERED.**

Dated: May 22, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**