# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOLBY LABORATORIES LICENSING CORPORATION, ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**ADOBE SYSTEMS INCORPORATED,**<br><br>Defendant. | CASE NO. 18-cv-01553-YGR<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 27 |

Defendant Adobe Systems Incorporated ("Adobe") filed a motion to dismiss Counts 1 (direct copyright infringement), 2 (contributory copyright infringement), and 5 (breach of implied negative covenant) of plaintiffs Dolby Laboratories Licensing Corporation's and Dolby International AB's first amended complaint on June 1, 2018. (Dkt. No. 27.) The matter came on for hearing on July 17, 2018. Having carefully considered the pleadings and the papers submitted on Adobe's motion, and the hearing held on July 17, 2018, and as stated on record on July 17, 2018, the Court **ORDERS** as follows:

The Court **DENIES** Adobe's motion as to Counts 1 and 2. The Court also **DENIES** Adobe's motion as to Count 5, but **WITHOUT PREJUDICE** to raising the argument as to this Count after further factual development.

This Order terminates Docket Number 27.

**IT IS SO ORDERED.**

Dated: July 18, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**