United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DOLBY LABORATORIES LICENSING CORPORATION, ET AL.,** | CASE NO.  18-cv-01553-YGR |
| Plaintiffs**,** | |
| vs. | **ORDER CLARIFYING CASE MANAGEMENT AND PRETRIAL ORDER** |
| **ADOBE SYSTEMS INCORPORATED,** | |
| Defendant**.** | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

In light of defendant Adobe Inc.'s pending motion for leave to amend the answer to amended complaint and counterclaims, (Dkt. No. 74), and to eliminate unnecessary briefing, the Court advises that as is routinely discussed at the case management conference, the deadline for amending pleadings was immediate as no party articulated any need for a future deadline either in the joint case management statement or at the conference, hence the reference in the Order as allowing further joinder or amendment "Only with Court Approval." (Dkt. No. 34.) The Court's records do not indicate that Mr. Farris was present on behalf of the defendants, although Mr. Berta was. (Dkt. No. 33.) The Court's evaluation of the pending motion shall be under Federal Rule of Civil Procedure 16(b)(4).

**IT IS SO ORDERED.**

Dated: March 21, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**