# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOLBY LABORATORIES LICENSING CORPORATION, ET. AL.,**<br><br>  Plaintiff,<br><br>  vs.<br><br>**ADOBE INC.,**<br><br>  Defendant. | Case No.: 18-CV-01553-YGR<br><br>**ORDER DENYING MOTION FOR LEAVE TO AMEND**<br><br>Re: Dkt. No. 74 |

On April 23, 2019, the Court heard oral argument on defendant's motion for leave to amend answer to amended complaint and counterclaims, which was fully briefed. (Dkt. Nos. 74, 81, 85, 88.) As stated on the record, and confirmed herein, having carefully considered the briefing and arguments submitted in this matter, the Court **DENIES** defendant's motion for leave to amend answer to amended complaint and counterclaims.

This Order terminates Dkt. No. 74.

**IT IS SO ORDERED**.

April 24, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**