# Adobe's Daubert Motion To Exclude Certain Opinions Of Dolby's Experts And Motion To Strike Certain Opinions Of Dolby's Experts

## Conditionally lodged under seal