# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOLBY LABORATORIES LICENSING CORPORATION, ET AL.,** <br> Plaintiffs, <br> vs. <br> **ADOBE INC.,** <br> Defendant. <br> **AND COUNTERCLAIMS.** | CASE NO. 18-cv-01553-YGR <br><br> **SEALING ORDER RE ORDER ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |

The Court's Order Granting in Part and Denying in Part Dolby's Motion of Summary Judgment and Denying Adobe's Motion for Summary Judgment is attached hereto, temporarily under seal, as Exhibit A. The Court has issued this order temporarily sealing Exhibit A to notify the parties of the Court's intent to file Exhibit A on the docket on November 13, 2019. As discussed with the parties, the requests to seal filed with respect to the summary judgment motions (Dkt. Nos. 153, 174) were overbroad and many requests were not justified. The Court awaits a revised submission on sealing issues from the parties. The content of Exhibit A itself is narrow and sealing is not warranted. However, out of an abundance of caution, the Court will allow time in the event any party contends otherwise. Any request for sealing should be specific and supported with more than generalities. Further, any request must be filed by no later than 9:00 a.m. on November 12, 2019. As the Court is mailing this order and exhibit to the parties, the parties may jointly send the Court a single email to Chambers (ygrchambers@cand.uscourts.gov) requesting a courtesy copy to be delivered electronically to one attorney for each party.

**IT IS SO ORDERED.**

Dated: November 6, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**