**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DOLBY LABORATORIES LICENSING CORPORATION, ET. AL.,**<br><br>  Plaintiff,<br><br>  vs.<br><br>**ADOBE INC.,**<br><br>  Defendant. | Case No.: 18-CV-01553-YGR<br><br>**PRETRIAL ORDER NO. 1** |

The Court is in receipt of the parties' preliminary proposals for pre- and post-trial jury instructions. (Dkt. Nos. 221, 222.) With respect to the latter, the parties express at various times an expectation that the Court will be required to make certain rulings prior to the submission of the case to a jury. The Court understands that the parties received the order on the cross motions for partial summary judgment (Dkt. No. 218) shortly before the filing of the preliminary instructions.

Accordingly, for purposes of clarity and preparation for trial, the parties shall file a joint statement which clarifies (i) whether either party anticipates seeking any legal rulings (other than the pending *Daubert* motions); and (ii) the basis for the request as the deadline for summary judgment motions has expired and been exhausted. If so, then said party shall provide a list of all such requests. Parties are reminded that the motions *in limine* are evidentiary motions specifically focused on evidence. The joint filing shall be made no later than Friday, December 6, 2019. In addition, the parties shall provide the Court with Word versions of Docket Nos. 221 and 222.

**IT IS SO ORDERED**.

November 15, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**