CHARLES C. CORRELL, JR. (SBN 258085)
ccorrell@kslaw.com
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

BRUCE W. BABER (admitted *pro hac vice*)
bbaber@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone:    (404) 572-4600
Facsimile:    (404) 572-5100

Attorneys for Plaintiffs and Counterclaim-Defendants
Dolby Laboratories Licensing Corporation and
Dolby International AB and Counterclaim-Defendant Dolby
Laboratories, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLBY LABORATORIES LICENSING CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ADOBE INC. f/k/a ADOBE SYSTEMS INCORPORATED, <br><br> Defendant. | Case No. 4:18-cv-01553-YGR <br><br> **[PROPOSED; CORRECTED] OMNIBUS ORDER GRANTING IN PART AND DENYING IN PART DOLBY'S MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> The Honorable Yvonne Gonzalez Rogers <br><br> * as modified by the Court * |
| ADOBE INC. f/k/a ADOBE SYSTEMS INCORPORATED, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> DOLBY LABORATORIES LICENSING CORPORATION, et al., <br><br> Counterclaim-Defendants. | |

## [PROPOSED] OMNIBUS ORDER GRANTING MOTION TO SEAL

On October 23, 2019, this Court ordered that counsel for the parties file a proposed order as to what each party is seeking to have sealed, in light of the Court's comments at the October 23, 2019 hearing on summary judgment and Daubert motions.

Plaintiffs Dolby Laboratories Licensing Corporation and Dolby International AB (together, "Dolby") have reconsidered the information that is properly sealed in this proceeding which can be restricted to (i) pricing information in the parties' license agreements, (ii) confidential source code and proprietary materials regarding Dolby's technologies, and (iii) confidential information relating to third-party licensees of Dolby. Dolby hereby submits this omnibus order granting the motions to seal that it now seeks in light of the Court's guidance at the October 23, 2019 summary judgment hearing.

On August 13, 2019, in connection with its Motion for Summary Judgment, Dolby filed an Administrative Motion to File Under Seal pursuant to Civil Local Rules 7-11 and 79-5 requesting to seal certain documents in this action and redact confidential references to certain of those documents in Dolby's motion papers. Dkt. No. 152.

On August 13, 2019, in connection with its Motion to Exclude/Strike Expert Testimony of Adobe Experts Steven Kursh, Schuyler Quackenbush, and Christian Tregillis, Dolby filed an Administrative Motion to File Under Seal pursuant to Civil Local Rules 7-11 and 79-5 requesting to seal certain documents in this action and redact confidential references to certain of those documents in Dolby's motion papers. Dkt. No. 158.

On August 13, 2019, in connection with its Daubert Motion, Defendant Adobe Inc. ("Adobe") filed an Administrative Motion to File Under Seal pursuant to Civil Local Rules 7-11 and 79-5. On August 19, 2019, pursuant to Civil Local Rule 79-5(e), Dolby filed a response to Adobe's motion requesting to seal several exhibits filed by Adobe that contain confidential information of Dolby. Dkt. No. 165.

On September 3, 2019, in connection with their Opposition to Defendant Adobe Inc.'s Daubert Motion, Dolby filed an Administrative Motion to File Under Seal pursuant to Civil Local Rules 7-11 and 79-5 requesting to seal certain documents and to redact references to

Dolby's confidential information in Dolby's Opposition to Defendant Adobe Inc.'s Daubert Motion. Dkt. No. 169.

On September 3, 2019, in connection with its Cross-Motion for Summary Judgment, Adobe filed an Administrative Motion to File Under Seal pursuant to Civil Local Rules 7-11 and 79-5. On September 9, 2019, pursuant to Civil Local Rule 79-5(e), Dolby filed a response to Adobe's motion requesting to seal several exhibits filed by Adobe that contain confidential information of Dolby. Dkt. No. 177.

On September 24, 2019, in connection with their Reply in Further Support of Summary Judgment and Opposition to Adobe's Cross-Motion for Summary Judgment, Dolby filed an Administrative Motion to File Under Seal pursuant to Civil Local Rules 7-11 and 79-5 requesting to seal certain documents and redact confidential references to certain of those documents in Dolby's motion papers. Dkt. No. 185.

On October 4, 2019, in connection with its Reply in Support of Cross-Motion for Summary Judgment, Adobe filed an Administrative Motion to File Documents Under Seal pursuant to Civil Local Rules 7-11 and 79-5. On October 8, 2019, pursuant to Civil Local Rule 79-5(e), Dolby filed a response to Adobe's motion requesting to seal several exhibits filed by Adobe that contain confidential information of Dolby. Dkt. No. 202.

On October 18, 2019, in connection with its notice of erratum and request to supplement record on Dolby's motion for summary judgment, Adobe filed an Administrative Motion to File Documents Under Seal pursuant to Civil Local Rules 7-11 and 79-5. On October 22, 2019, pursuant to Civil Local Rule 79-5(e), Dolby filed a response to Adobe's motion requesting to seal Exhibit 1 to that motion that contained confidential information of Dolby. Dkt. No. 210.

In support of the above motions to seal, Dolby submitted declarations of Mary Wand and Samuel Diamant. Dkt. No. 152-1; Dkt. No. 152-2; Dkt. No. 158-1; Dkt. No. 165-2; Dkt. No. 165-3; Dkt. No. 169-1; Dkt. No. 169-2; Dkt. No. 177-1; Dkt. No. 210-1.

Having considered the motions to seal (Dkt. Nos. 152, 158, 165, 169, 177, 185, 202, 210) and declarations (Dkt. Nos. 152-1, 152-2, 158-1, 165-2, 165-3, 169-1, 169-2, 177-1, 210-1)

2

identified above, as modified through the proposed order below, and with good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Specific pricing terms of the Subscription Letter (Redactions at PDF page 2, Sections 2 and 4)<br><br>**(Dkt. No. 152-9, Correll Decl. Ex. A).** | Dkt. No. 152-1, Wand Decl. ¶¶ 6-10; Dkt. No. 152-2, Diamant Decl. ¶¶ 3, 6 | Granted as to section 2; denied as to section 4. |
| Specific pricing terms of the 2012 System Agreement (Redactions at PDF pages 12-17)<br><br>**(Dkt. No. 152-10, Correll Decl. Ex. D).** | Dkt. No. 152-1, Wand Decl. ¶¶ 4, 5, 8-10; Dkt. No. 152-2, Diamant Decl. ¶¶ 3, 6 | Granted. |
| Specific pricing terms in ADOBE_00020570 (Redactions at PDF page 2 under "rate" "qty" and "royalty due" columns)<br><br>**(Dkt. No. 152-11, Correll Decl. Ex. E).** | Dkt. No. 152-1, Wand Decl. ¶¶ 6-10; Dkt. No. 152-2, Diamant Decl. ¶¶ 3, 6-7 | Granted. |
| Specific pricing terms in the Expert Report of Steven R. Kursh (Redactions at PDF pages 31, 34, 40, 41, 42, 44, 46, 54, 70, 74,79)<br><br>**(Dkt. No. 158-5, Correll Decl. Ex. A).** | Dkt. No. 158-1, Diamant Decl. ¶ 4. | Granted except as to PDF pages 46 and 54. |
| Specific pricing terms | Dkt. No. 158-1, | |

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| in Expert Rebuttal Report of Steven R. Kursh (Redactions at PDF pages 31-32)<br><br>**(Dkt. No. 158-6, Correll Decl., Ex. B).** | Diamant Decl. ¶ 4. | Granted. |
| Highly confidential source code information in the Expert Report of Dr. Schuyler Quackenbush, dated June 13, 2019 [SEAL – No Redactions]<br><br>**(Dkt. No. 158-8, Correll Decl., Ex. D).** | Dkt. No. 158-1, Diamant Decl. ¶ 4. | Granted. |
| Specific pricing terms and third party information in Expert Rebuttal Report of Christian Tregillis, CPA, ABV, CFF, CLP, dated July 15, 2019 (Redactions at PDF pages 5-6,8-11, 14-31, 43-53, 60, 62-68, 70-74, 79, 81-83)<br><br>**(Dkt. No. 158-10, Correll Decl., Ex. F).** | Dkt. No. 158-1, Diamant Decl. ¶ 4. | Granted. |
| Specific pricing terms in excerpts from the transcript of the Deposition of Christian Tregillis (Redactions at PDF pages 13)<br><br>**(Dkt. No. 158-11, Correll Decl., Ex. G).** | Dkt. No. 158-1, Diamant Decl. ¶ 4. | Granted. |
| Specific pricing terms and third party information in excepts of the deposition of Paul Meyer (Redactions at PDF | Dkt. No. 165-2, Wand Decl. ¶¶ 8-9; Dkt. No. 165-3, Diamant Decl. ¶ 7 | Granted. |

4

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| pages 3, 6, 8, 9, 10)  **(Dkt. No. 161-6, Callagy Decl. Ex. A).** | | |
| Specific reference to source code issues in excerpts of the deposition of John Strawn of July 26, 2019 (Redactions at PDF page 3)  **(Dkt. No. 161-7, Callagy Decl. Ex. B).** | Dkt. No. 165-2, Wand Decl. ¶¶ 10-11 | Denied. |
| Specific pricing terms and third party information in Expert Report of Paul Meyer of June 13, 2019 (Redactions at PDF pages 16-18. 22-26, 29-31, 33-42, 50-53, 55. 59-62, 70-75, 80)  **(Dkt. No. 161-12, Callagy Decl. Ex. E).** | Dkt. No. 165-2, Wand Decl. ¶¶ 13-14; Dkt. No. 165-3, Diamant Decl. ¶ 7 | Granted. |
| Specific pricing terms in Supplemental Expert Report of Paul Meyer of June 27, 2019 (Redactions at PDF pages 7-9, 11, 13-18, 20)  **(Dkt. No. 161-14, Callagy Decl. Ex. F).** | Dkt. No. 165-2, Wand Decl. ¶¶ 13-14 | Granted. |
| Highly confidential source code information in Expert Rebuttal Report of John Strawn of July 15, 2019 [SEAL, No Redactions]  **(Dkt. No. 161-16, Callagy Decl. Ex. G).** | Dkt. No. 165-2, Wand Decl. ¶¶ 15-16 | Granted. |

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Highly confidential source code information in Expert Report of Schuyler Quackenbush of June 13, 2019 [SEAL, No Redactions]<br><br>**(Dkt. No. 161-18, Callagy Decl. Ex. H**). | Dkt. No. 165-2, Wand Decl. ¶¶ 15-16 | Granted. |
| Specific pricing information in Expert Report of Steven Kursh of June 13, 2019 (Redactions at PDF pages 31, 34, 40-42, 44, 46, 70)<br><br>**(Dkt. No. 161-20, Callagy Decl. Ex. I**). | Dkt. No. 165-2, Wand Decl. ¶¶ 17-18 | Granted. |
| Specific pricing and third party information in Expert Rebuttal Report of Lorin Hitt of July 15, 2019 (Redactions at PDF pages 14-15, 34)<br><br>**(Dkt. No. 161-22, Callagy Decl. Ex. J**). | Dkt. No. 165-2, Wand Decl. ¶¶ 17-18 | Granted. |
| Specific pricing information in September 26, 2012 System License Agreement (Redactions at PDF pages 5-7)<br><br>**(Dkt. No. 161-24, Callagy Decl. Ex. K**). | Dkt. No. 165-2, Wand Decl. ¶ 6 | Granted. |
| Specific pricing information in September 26, 2012 Dolby Codec Program Addendum (Redactions at PDF pages 5-7) | Dkt. No. 165-2, Wand Decl. ¶ 6 | Granted. |

6

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| **(Dkt. No. 161-26, Callagy Decl. Ex. L**). | | |
| Specific pricing information in September 27, 2013 Professional Pricing Letter (Redactions at PDF page 2, Section 2) **(Dkt. No. 161-28, Callagy Decl. Ex. M**). | Dkt. No. 165-2, Wand Decl. ¶ 6 | Granted. |
| Specific pricing information in September 27, 2013 Creative Cloud Pricing Letter (Redactions at PDF page 2, Sections 2 & 4) **(Dkt. No. 161-30, Callagy Decl. Ex. N**). | Dkt. No. 165-2, Wand Decl. ¶ 6 | Granted as to section 2; denied as to section 4. |
| Specific pricing information in April 1, 2003 Digital Audio System License Agreement (Redactions at PDF page 20) **(Dkt. No. 161-32, Callagy Decl. Ex. O**). | Dkt. No. 165-2, Wand Decl. ¶ 6 | Granted. |
| Specific pricing information in excerpts from the transcript of the Deposition of Christian Tregillis, taken on July 29, 2019 (Redactions at PDF pages 5-6) **(Dkt. No. 169-6, Correll Decl. Ex. W**). | Dkt. No. 169-1, Diamant Decl. ¶ 4; Dkt. No. 169-2, Wand Decl. ¶¶ 13-14. | Granted. |
| Specific pricing information in 2012 System Agreement | Dkt. No. 169-1, Diamant Decl. ¶ 3; Dkt. No. 169-2, Wand | Granted. |

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| (Redactions at PDF pages 12-17)<br><br>**(Dkt. No. 169-7, Correll Decl. Ex. X).** | Decl. ¶ 6. | |
| Specific pricing information in excerpts from the transcript of the Deposition of Paul Meyer, taken on July 25, 2019 (Redactions at PDF pages 4-6)<br><br>**(Dkt. No. 169-8, Correll Decl. Ex. Y).** | Dkt. No. 169-1, Diamant Decl. ¶ 4; Dkt. No. 169-2, Wand Decl. ¶¶ 13-14. | Granted. |
| Specific pricing information in 2003 L3 Agreement (Redactions at PDF page 20)<br><br>**(Dkt. No. 174-4, Callagy Decl. Ex. 1)** | Dkt. No. 177-1, Wand Decl. ¶ 7 | Granted. |
| Specific pricing information in 2012 System Agreement (Redactions at PDF 12-17)<br><br>**(Dkt. No. 174-5, Callagy Decl. Ex. 2).** | Dkt. No. 177-1, Wand Decl. ¶ 7 | Granted. |
| Specific pricing information in Exhibit 7 to the deposition of Pamela Miller (Redactions at PDF 4, 6, 8)<br><br>**(Dkt. No. 174-7, Callagy Decl. Ex. 4).** | Dkt. No. 177-1, Wand Decl. ¶¶ 8-9 | Granted. |
| Specific pricing information in 2012 Professional Pricing Letter (Redactions at PDF page 2, Section 2) | Dkt. No. 177-1, Wand Decl. ¶ 7 | Granted. |

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| **(Dkt. No. 174-9, Callagy Decl. Ex. 6)**. | | |
| Specific pricing information in 2012 Dolby Codec Program Addendum (Redactions at PDF pages 5-7) <br><br> **(Dkt. No. 174-10, Callagy Decl. Ex. 7)**. | Dkt. No. 177-1, Wand Decl. ¶ 7 | Granted. |
| Specific pricing information in Exhibit 2 to the deposition of Cole Rathje (Redactions at PDF pages 4, 6) <br><br> **(Dkt. No. 174-13, Callagy Decl. Ex. 10)**. | Dkt. No. 177-1, Wand Decl. ¶¶ 8-9 | Granted. |
| Specific pricing information in Exhibit 50 to the deposition of Cristian Mueller (Redactions at PDF page 6) <br><br> **(Dkt. No. 174-22, Callagy Decl. Ex. 19)**. | Dkt. No. 177-1, Wand Decl. ¶¶ 8-9 | Granted. |
| Specific pricing information in Exhibit 70 to the deposition of Garen Ingleby (Redaction at PDF 2) <br><br> **(Dkt. No. 174-33, Callagy Decl. Ex. 30)**. | Dkt. No. 177-1, Wand Decl. ¶¶ 8-9 | Granted. |
| Highly confidential source code deposit copies in AC-3 Fixed Data Registration to the Copyright Office [SEAL, No Redactions] <br><br> **(Dkt. No. 174-38, Callagy Decl. Ex. 35)**. | Dkt. No. 177-1, Wand Decl. ¶¶ 12-13 | Granted. |

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Highly confidential source code deposit copies in BSI Registration to the Copyright Office [SEAL, No Redactions] **(Dkt. No. 174-39, Callagy Decl. Ex. 36**). | Dkt. No. 177-1, Wand Decl. ¶¶ 12-13 | Granted. |
| Highly confidential source code deposit copies in AC-3 Mantissa Unpacking Registration to the Copyright Office[SEAL, No Redactions] **(Dkt. No. 174-40, Callagy Decl. Ex. 37**). | Dkt. No. 177-1, Wand Decl. ¶¶ 12-13 | Granted. |
| Highly confidential source code deposit copies in AC-3 Mantissa Unpacking Subroutine Registration to the Copyright Office [SEAL, No Redactions] **(Dkt. No. 174-41, Callagy Decl. Ex. 38**). | Dkt. No. 177-1, Wand Decl. ¶¶ 12-13 | Granted. |
| Highly confidential source code information in Excerpts of July 15, 2019 Expert Report of Dr. John Strawn [SEAL, No Redactions] **(Dkt. No. 174-43, Callagy Decl. Ex. 40**). | Dkt. No. 177-1, Wand Decl. ¶¶ 14-15 | Granted. |
| Highly confidential source code information in July 15, 2019 Expert Report of Schuyler Quackenbush [SEAL, No Redactions] | Dkt. No. 177-1, Wand Decl. ¶¶ 14-15 | Denied. |

10

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| **(Dkt. No. 174-46, Callagy Decl. Ex. 43)**. | | |
| Specific pricing information in the 2013 Subscription Letter (Redactions at PDF page 2, Sections 2 and 4)<br><br>**(Dkt. No. 174-49, Callagy Decl. Ex. 46)**. | Dkt. No. 177-1, Wand Decl. ¶ 7 | Granted as to section 2; denied as to section 4. |
| Specific pricing information in the 2012 Professional Pricing Letter (Redactions at PDF page 2, Section 2)<br><br>**(Dkt. No. 174-50, Callagy Decl. Ex. 47)**. | Dkt. No. 177-1, Wand Decl. ¶ 7 | Granted. |
| Specific pricing information in Exhibit 169 to the deposition of Hung Chang (Redactions at PDF pages 2, 3, 15-20)<br><br>**(Dkt. No. 174-58, Callagy Decl. Ex. 55)**. | Dkt. No. 177-1, Wand Decl. ¶¶ 8-9 | Granted. |
| Specific pricing information in Exhibit 58 to the deposition of Bill Roberts (Redactions at PDF pages 2, 3, 5)<br><br>**(Dkt. No. 174-60, Callagy Decl. Ex. 57)**. | Dkt. No. 177-1, Wand Decl. ¶¶ 8-9 | Granted. |
| Specific pricing information in Exhibit 72 to the deposition of Garen Ingleby (Redactions at PDF pages 2, 6-9) | Dkt. No. 177-1, Wand Decl. ¶¶ 8-9 | Granted. |

11

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| **(Dkt. No. 174-61, Callagy Decl. Ex. 58)**. | | |
| Specific pricing information in Exhibit 61 to the deposition of Garen Ingleby (Redactions at PDF page 2)<br><br>**(Dkt. No. 174-64, Callagy Decl. Ex. 61)**. | Dkt. No. 177-1, Wand Decl. ¶¶ 8-9 | Granted. |
| Specific pricing information in DOLBY_00017628 (Redactions at PDF page 2)<br><br>**(Dkt. No. 174-66, Callagy Decl. Ex. 63)**. | Dkt. No. 177-1, Wand Decl. ¶¶ 8-9 | Granted. |
| Highly confidential technical information in Exhibit 244 to the deposition of Rob Andersen [SEAL, No Redactions]<br><br>**(Dkt. No. 174-67, Callagy Decl. Ex. 64)**. | Dkt. No. 177-1, Wand Decl. ¶¶ 8-9 | Denied. |
| Specific pricing information in excerpts from the Deposition Transcript of Carolyn Kohn (February 1, 2019) (Redactions at PDF pages 24-25)<br><br>**(Dkt. No. 185-11, Morris Decl. Ex. D)**. | Dkt. No. 177-1, Wand Decl. ¶ 11 | Granted. |
| Specific pricing information in Dolby_00000418 (Redactions at PDF page 3)<br><br>**(Dkt. No. 185-20, Morris Decl. Ex. M)**. | Dkt. No. 177-1, Wand Decl. ¶¶ 9 | Granted. |

12

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Specific pricing information in the 2013 Professional Pricing Letter (Redactions at PDF page 2, Section 2)<br><br>**(Dkt. No. 185-21, Morris Decl. Ex. N**). | Dkt. No. 177-1, Wand Decl. ¶¶ 9 | Granted. |
| Specific pricing information in the Subscription Letter (Redactions at PDF page 2, Sections 2 and 4)<br><br>**(Dkt. No. 185-22, Morris Decl. Ex. O**). | Dkt. No. 177-1, Wand Decl. ¶¶ 9 | Granted as to section 2; denied as to section 4. |
| Specific pricing information in Dolby_00008622 (Redactions at page 2)<br><br>**(Dkt. No. 185-23, Morris Decl. Ex. P**). | Dkt. No. 177-1, Wand Decl. ¶ 9 | Granted. |
| Specific pricing information in ADOBE_00436949 (Redaction at page 2)<br><br>**(Dkt. No. 185-35, Morris Decl. Ex. CC**). | Dkt. No. 177-1, Wand Decl. ¶¶ 9 | Granted. |
| Highly confidential source code information from excerpts from the expert report of John Strawn [SEAL, No Redactions]<br><br>**(Dkt. No. 185-37, Morris Decl. Ex. EE**). | Dkt. No. 177-1, Wand Decl. ¶ 14 | Granted. |
| Highly confidential technical and third party information in | Dkt. No. 177-1, Wand Decl. ¶ 14 | Granted. |

13

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| ADOBE_00024829-94 [SEAL, No Redactions]<br><br>**(Dkt. No. 185-42, Morris Decl. Ex. MM)**. | | |
| Highly confidential source code information in excerpts from the Deposition Transcript of Schuyler Quackenbush, Ph.D. [SEAL, No Redactions]<br><br>**(Dkt. No. 185-45, Morris Decl. Ex. PP)**. | Dkt. No. 177-1, Wand Decl. ¶¶ 14-15 | Denied. |
| Specific pricing information in ADOBE_00003458 (Redactions at PDF page 2)<br><br>**(Dkt. No. 199-3, Callagy Decl. Ex. 67)** | Dkt. No. 177-1, Wand Decl. ¶ 9 | Granted. |
| Specific pricing information in excerpts from the Deposition Transcript of Carolyn Kohn (Redactions at PDF page 4)<br><br>**(Dkt. No. 199-5, Callagy Decl. Ex. 69)**. | Dkt. No. 177-1, Wand Decl. ¶ 11 | Granted. |
| Highly confidential source code information in rebuttal Report of Ron Schnell [SEAL, No Redactions]<br><br>**(Dkt. No. 199-10, Callagy Decl. Ex. 76)**. | Dkt. No. 177-1, Wand Decl. ¶¶ 14-15 | Denied except as to paragraphs 83 and 84. |
| Highly confidential source code | Dkt. No. 177-1, Wand Decl. ¶ 11 | |

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| information in excerpts from the deposition of Steve Vernon [SEAL, No Redactions]<br><br>**(Dkt. No. 199-11, Callagy Decl. Ex. 78).** | | Denied. Without all of the exhibits discussed in the relevant deposition excerpts, the request is vague and ambiguous. |
| Highly confidential source code information in Exhibit 217 to the deposition of Steve Vernon [SEAL, No Redactions]<br><br>**(Dkt. No. 199-12, Callagy Decl. Ex. 79).** | Dkt. No. 177-1, Wand Decl. ¶ 9 | Granted. |
| References to the above-referenced documents and information in the parties' Summary Judgment and Daubert filings:<br><br>**Dkt. No. 152-7**, Redactions at PDF page 8;<br><br>**Dkt. No. 152-8**, Redactions at PDF page 3<br><br>**Dkt. No. 161-4**, Redactions at PDF pages 21, 24, 25<br><br>**Dkt. No. 169-5**, Redactions at PDF pages 18, 19, 21-24<br><br>**Dkt. No. 173-3**, Redactions at PDF pages 9, 24-28, 31<br><br>**Dkt. No. 173-7**, Redactions at PDF pages 3, 11-13 | *supra* | Granted in part and denied in part, consistent with the above-referenced decisions. |

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| **Dkt. No. 173-9**, Redactions at PDF pages 6-10<br><br>**Dkt. No. 185-5**, Redactions at PDF pages 8-9, 13<br><br>**Dkt. No. 185-7**, Redactions at PDF pages 3, 10-11, 13 | | |
| Specific pricing information in Exhibit 184 to the Deposition of Hung Chang (Redactions at PDF pages 3, 6-7)<br><br>**(Dkt. No. 205-3, 205-4 Farris Decl. Ex. 1**). | Dkt. No. 210-1, Wand Decl. ¶ 5 | Granted except as to section 4 on PDF pages 6 and 7. |

Dolby has withdrawn its motion to seal as to the following documents. For that reason, Dolby's motions to seal the following documents are DENIED AS MOOT:

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Excerpts from the transcript of the Deposition of Steven R. Kursh, Ph.D., taken on July 26, 2019<br><br>**(Dkt. No. 158-7, Correll Decl., Ex. C**). | | Denied. |
| Excerpts from the transcript of the Deposition of Schuyler Quackenbush, Ph.D., | | Denied. |

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| taken July 23, 2019<br><br>**(Dkt. No. 158-9, Correll Decl., Ex. E**). | | |
| Excerpts of the deposition of Lorin Hitt of July 31, 2019<br><br>**(Dkt. No. 161-9, Callagy Decl. Ex. C**). | | Denied. |
| Excerpts from the deposition of Cristian Mueller<br><br>**(Dkt. No. 174-8, Callagy Decl. Ex. 5**). | | Denied. |
| Exhibit 62 to the deposition of Garen Ingleby<br><br>**(Dkt. No. 174-11, Callagy Decl. Ex. 8**). | | Denied. |
| Excerpts from the deposition of Pamela Miller<br><br>**(Dkt. No. 174-15, Callagy Decl. Ex. 12**). | | Denied. |
| Exhibit 1 to the deposition of Patrick Rossi<br><br>**(Dkt. No. 174-16, Callagy Decl. Ex. 13**). | | Denied. |
| Exhibit 7 to the deposition of Patrick Rossi<br><br>**(Dkt. No. 174-17, Callagy Decl. Ex. 14**). | | Denied. |
| DOLBY_00010024<br><br>**(Dkt. No. 174-18, Callagy Decl. Ex. 15**). | | Denied. |

17

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 38 to the deposition of Cristian Mueller<br><br>**(Dkt. No. 174-20, Callagy Decl. Ex. 17)**. | | Denied. |
| Exhibit 47 to the deposition of Cristian Mueller<br><br>**(Dkt. No. 174-21, Callagy Decl. Ex. 18)**. | | Denied. |
| Exhibit 51 to the deposition of Cristian Mueller<br><br>**(Dkt. No. 174-23, Callagy Decl. Ex. 20)**. | | Denied. |
| Exhibit 4 to the deposition of Cole Rathje<br><br>**(Dkt. No. 174-24, Callagy Decl. Ex. 21)**. | | Denied. |
| Excerpts from the deposition of Conroy Shum<br><br>**(Dkt. No. 174-25, Callagy Decl. Ex. 22)**. | | Denied. |
| Excerpts from the deposition of Cole Rathje<br><br>**(Dkt. No. 174-26, Callagy Decl. Ex. 23)**. | | Denied. |
| Exhibit 153 to the deposition of Kyle Vaughn<br><br>**(Dkt. No. 174-27, Callagy Decl. Ex. 24)**. | | Denied. |

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Excerpts from the deposition of Kyle Vaughn<br><br>**(Dkt. No. 174-28, Callagy Decl. Ex. 25**). | | |
| Excerpts from the deposition of Patrick Rossi<br><br>**(Dkt. No. 174-29, Callagy Decl. Ex. 26**). | | Denied. |
| Excerpts from the deposition of Garen Ingleby<br><br>**(Dkt. No. 174-30, Callagy Decl. Ex. 27**). | | Denied. |
| Excerpts from the deposition of Winona Ou<br><br>**(Dkt. No. 174-31, Callagy Decl. Ex. 28**). | | Denied. |
| Exhibit 68 to the deposition of Garen Ingleby<br><br>**(Dkt. No. 174-32, Callagy Decl. Ex. 29**). | | Denied. |
| Exhibit 119 to the deposition of John Mardesich<br><br>**(Dkt. No. 174-42, Callagy Decl. Ex. 39**). | | Denied. |
| Excerpts from the deposition of Dr. John Strawn<br><br>**(Dkt. No. 174-44, Callagy Decl. Ex. 41**). | | Denied. |
| Exhibit 121 to the deposition of John Mardesich | | Denied. |

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| **(Dkt. No. 174-45, Callagy Decl. Ex. 42**). | | |
| Excerpts from the deposition of Schuyler Quackenbush<br><br>**(Dkt. No. 174-48, Callagy Decl. Ex. 45**). | | Denied. |
| Exhibit 152 to the deposition of Kyle Vaughn<br><br>**(Dkt. No. 174-62, Callagy Decl. Ex. 59**). | | Denied. |
| Schedule 13 to the Expert Report of Paul Meyer<br><br>**(Dkt. No. 174-63, Callagy Decl. Ex. 60**). | | Denied. |
| Excerpts from the Deposition Transcript of Pamela Miller<br><br>**(Dkt. No. 185-8, Morris Decl. Ex. A**). | | Denied. |
| Excerpts from the Deposition Transcript of Joe Perry<br><br>**(Dkt. No. 185-9, Morris Decl. Ex. B**). | | Denied. |
| Excerpts from the Deposition Transcript of Carolyn Kohn (December 12, 2018)<br><br>**(Dkt. No. 185-10, Morris Decl. Ex. C**). | | Denied. |
| Excerpts from the Deposition Transcript of Patrick Rossi | | Denied. |

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| **(Dkt. No. 185-12, Morris Decl. Ex. E)**. | | |
| Excerpts from the Deposition Transcript of Garen Ingleby<br><br>**(Dkt. No. 185-13, Morris Decl. Ex. F)**. | | Denied. |
| Excerpts from the Deposition Transcript of Cristian Mueller<br><br>**(Dkt. No. 185-14, Morris Decl. Ex. G)**. | | Denied. |
| ADOBE_00539118<br><br>**(Dkt. No. 185-15, Morris Decl. Ex. H)**. | | Denied. |
| ADOBE_00539119<br><br>**(Dkt. No. 185-16, Morris Decl. Ex. I)**. | | Denied. |
| ADOBE_00484905-06<br><br>**(Dkt. No. 185-17, Morris Decl. Ex. J)**. | | Denied. |
| Excerpts from the Deposition Transcript of Winona Ou<br><br>**(Dkt. No. 185-18, Morris Decl. Ex. K)**. | | Denied. |
| Dolby_00011831-37<br><br>**(Dkt. No. 185-19, Morris Decl. Ex. L)**. | | Denied. |
| Excerpts from the Deposition Transcript of Adriana Souza<br><br>**(Dkt. No. 185-24, Morris Decl. Ex. Q)**. | | Denied. |

21

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| ADOBE_00490963-64<br><br>**(Dkt. No. 185-25, Morris Decl. Ex. S)**. | | Denied. |
| Excerpts from the Deposition Transcript of Hung Chang<br><br>**(Dkt. No. 185-26, Morris Decl. Ex. T**). | | Denied. |
| Excerpts from the Deposition Transcript of Conroy Shum<br><br>**(Dkt. No. 185-27, Morris Decl. Ex. U**). | | Denied. |
| ADOBE_00513174<br><br>**(Dkt. No. 185-28, Morris Decl. Ex. V**). | | Denied. |
| ADOBE_00058814<br><br>**(Dkt. No. 185-29, Morris Decl. Ex. W**). | | Denied. |
| ADOBE_00513155<br><br>**(Dkt. No. 185-30, Morris Decl. Ex. X**). | | Denied. |
| ADOBE_00513181<br><br>**(Dkt. No. 185-31, Morris Decl. Ex. Y**). | | Denied. |
| Dolby_00038441<br><br>**(Dkt. No. 185-32, Morris Decl. Ex. Z**). | | Denied. |
| Excerpts from the Deposition Transcript of Brandy Ichishita<br><br>**(Dkt. No. 185-33,** | | Denied. |

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Morris Decl. Ex. AA). | | |
| ADOBE_00498321<br><br>**(Dkt. No. 185-34, Morris Decl. Ex. BB)**. | | Denied. |
| Excerpts from the Deposition Transcript of Kyle Vaughn<br><br>**(Dkt. No. 185-36, Morris Decl. Ex. DD)**. | | Denied. |
| Excerpts from the Deposition Transcript of Charles Van Winkle<br><br>**(Dkt. No. 185-38, Morris Decl. Ex. FF)**. | | Denied. |
| Excerpts from the Deposition Transcript of Colin Stefani<br><br>**(Dkt. No. 185-39, Morris Decl. Ex. GG)**. | | Denied. |
| ADOBE_00539110-11<br><br>**(Dkt. No. 185-40, Morris Decl. Ex. KK)**. | | Denied. |
| ADOBE_00139718-20<br><br>**(Dkt. No. 185-41, Morris Decl. Ex. LL)**. | | Denied. |
| ADOBE_00139721-35<br><br>**(Dkt. No. 185-43, Morris Decl. Ex. NN)**. | | Denied. |
| Excerpts from the Deposition Transcript of John Mardesich<br><br>**(Dkt. No. 185-44, Morris Decl. Ex. OO)**. | | Denied. |

| Document or Reference to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Excerpts from the Deposition Transcript of Adriana Souza<br><br>**(Dkt. No. 199-4, Callagy Decl. Ex. 68**). | | Denied. |
| ADOBE_00004552<br><br>**(Dkt. No. 199-6, Callagy Decl. Ex. 71**). | | Denied. |
| ADOBE_00004648<br><br>**(Dkt. No. 199-7, Callagy Decl. Ex. 72**). | | Denied. |
| Dolby_00002677<br><br>**(Dkt. No. 199-8, Callagy Decl. Ex. 73**). | | Denied. |
| Excerpts from the Deposition Transcript of John Mardesich<br><br>**(Dkt. No. 199-9, Callagy Decl. Ex. 74**). | | Denied. |

The Court emphasizes that all decisions made herein are made in the context of the summary judgment and *Daubert* motions. To the extent requests are denied, the Court finds that an insufficient showing has been made to justify sealing. The decisions are not binding with respect to how documents or information will be treated at trial. Such issues will be discussed at the pre-trial conference. Further, Dolby shall file the documents ordered unsealed, or redacted versions of documents ordered partially sealed, in accordance with this order, no later than **Monday, December 23, 2019**.

    IT IS SO ORDERED.

Dated: _____December 6_____, 2019

Hon. Yvonne Gonzalez Rogers
United States District Judge