# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOLBY LABORATORIES LICENSING CORPORATION, ET. AL.,**<br><br>Plaintiff,<br><br>**vs.**<br><br>**ADOBE INC.,**<br><br>Defendant. | **Case No.: 18-CV-01553-YGR**<br><br>**PRETRIAL ORDER NO. 2 RE COMPLIANCE WITH STANDING ORDERS** |

The Court is in receipt of two binders from plaintiff with its Motions *in Limine* and its Pretrial Conference Statement. The delivery of the motions *in limine* is premature. The Court's Standing Order re Pretrial Instructions in Civil Cases requires as follows:

> Chambers copies shall be provided in a separate binder entitled MOTIONS *IN LIMINE* and *collated with the opposition papers following the motion papers.* Said binder shall be delivered no later than **noon, seven (7) days** prior to the Pretrial Conference. The binder shall include copies of the motions and oppositions *with* the ECF header reflecting the item's docket number and filing date.

(Paragraph 4; italics supplied.) Further, Dolby has not provided a proposed form of order. (*Id.*)

Counsel for all parties are reminded to read and follow this Court's standing orders, both for civil cases and for civil trials. Dolby may retrieve the binder from the Clerk's Office and return it once complete. Also, as noted in the Standing Order in Civil Cases:

> For documents submitted in connection with administrative motions to seal, parties shall provide chambers copies of the **unredacted** documents with proposed redacted material highlighted, as required Civil Local Rule 79-5(d)(1)(D), *only*. Do not submit chambers copies of the **redacted** versions of documents sought to be sealed.

(Paragraph 11.)

**IT IS SO ORDERED**.

December 10, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**