United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLBY LABORATORIES LICENSING CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ADOBE INC.,<br><br>Defendant. | Case No. 18-cv-01553-YGR   (DMR)<br><br>**ORDER RE MOTIONS FOR RELIEF**<br><br>Re: Dkt. Nos. 239, 244, 245, 284 |

Adobe has filed multiple motions for relief from the orders of Special Discovery Master Hon. William J. Cahill (Ret.). [Docket Nos. 239, 244, 245, 284.] The parties have stipulated to and requested a modified briefing schedule for those motions as well as any further motions for review. [Docket No. 247.] The proposed briefing schedule is hereby adopted.

To allow efficient and thorough review of Adobe's challenges to Judge Cahill's orders, the court orders the following:

- The hearing currently set for January 9, 2020 is continued to January 21, 2020 at 1:00 p.m. Judge Cahill will attend the hearing and will provide his analysis of the challenged documents on the record. Judge Ryu will hear further argument if she deems it necessary for any given document and will rule on the challenges on the record.

- The parties shall provide chambers copies of any motion papers and documents to Judge Cahill in the same form as provided to the court. All briefs and exhibits must be in tabbed binders.

- The parties shall pay for Judge Cahill's time in preparing for, traveling to/from, and attending the hearing. The cost-shifting schedule in the appointment order (Docket

1  No. 179 ¶ 7) will apply to Judge Cahill's fees and costs.

2  • There will be a court reporter at the hearing. If any rulings are appealed to Judge
3  Gonzalez-Rogers, the appealing party must pay for a fully expedited transcript. If
4  both parties appeal, the transcript cost shall be split evenly.

7  **IT IS SO ORDERED.**

8  Dated: December 13, 2019



Judge Donna M. Ryu
United States Magistrate Judge